# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147467(136)(137)

SHALAAN FISHER,
        Plaintiff/Counter-
        Defendant-Appellee,

v

ABDULLATTIEF A. SULIEMAN,
        Defendant/Counter-
        Plaintiff-Appellant.

SC: 147467
COA: 299212
Wayne CC: 08-128171-DO

_____/

       On order of the Court, the motion for immediate consideration is GRANTED. The motion for reconsideration of this Court's September 20, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2013



Clerk

d1118